UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| DARIAN CHANEY | * | CIVIL ACTION NO. 2:15-CV-2808 |
| --- | --- | --- |
| v. | * | UNASSIGNED DISTRICT JUDGE |
| JACQUELINE JONES, ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 61], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Record Document 44] filed by Defendant Landon Dowden is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment [Record Document 47] filed by Defendant Jacqueline Jones is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of October, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE